

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

2014 MAR -7 P 3: 41

US DISTRICT COURT
HARTFORD CT

MARINA GOLLI,
Plaintiff

3:14CV295 JCH

*-against-*

**STEVEN DEMBO, RHONDA MORRA , SETH C. BAKER, JANET G. BAKER , JUDGE OLEAR, JUDGE CARBONNEAU, WEST HARTFORD POLICE,**
Defendants

----------------------------------------------------------------

*JURY TRIAL*
*REQUESTED*

## COMPLAINT

**COME NOW** the Plaintiff  Dr. Marina Golli for her complaint against the above named Defendants in tortuous interference under The Alien Tort Claims Act *28 U.S.C. § 1350* in livelihood and finances and violation of international human rights treaties and federal statutes. Plaintiff Marina Golli is a citizen of the Russian Federation.

2

## CAUSE OF ACTION

1. 28 U.S.C s Section 1350 "creates a cause of action for violations of specific,

universal and obligatory international human rights standards"[1]

2. 28 U.S.C s Section 1350 allows a remedy to sue a court who is classified as a

state actor for the purposes of international law.

3. Any Court is classified as a state actor by UN General Assembly Resolution

56/83 which defines the Responsibility of States for Internationally Wrongful Acts

under articles 4, 5[2].

---

1 . ", cert. denied, — U.S. —, 115 S.Ct. 934, 130 L.Ed.2d 879 (1995); Xuncax v. Gramajo, 886 F.Supp. 162, 179 (D.Mass.1995) ("Sec. 1350 yields both a jurisdictional grant and a private right to sue for tortious violations of international law ... without recourse to other law as a source of the cause of action."); Paul v. Avril, 812 F.Supp. 207, 212 (S.D.Fla.1993) ("The plain language of the statute and the use of the words 'committed in violation' strongly implies that a well plead tort[,] if committed in violation of the law of nations, would be sufficient [to give rise to a cause of action]."); Forti v. Suarez-Mason, 672 F.Supp. 1531, 1539 (N.D.Cal.1987) (same), on reconsideration on other grounds, 694 F.Supp. 707 (N.D.Cal.1988).

2 . Under Article 4 : 1. The conduct of any State organ shall be considered an act of that State under international law, whether the organ exercises legislative, executive, judicial or any other functions, whatever position it holds in the organization of the State, and whatever its character as an organ of the central Government or of a territorial unit of the State. 2. An organ includes any person or entity which has that status in accordance with the internal law of the State. Under Article 5: The conduct of persons or entities exercising elements of governmental authority as defined in article 4 (1) shall be considered an act of the State under international law, where the person or entity is acting in that capacity in that particular instance. Judicial action qualifies as state action for procedural due process purposes. Shelley v. Kraemer, 334 U.S. 1, 14, 68 S. Ct.

4. The Alien Tort Claims Act allows for aliens, regardless of where they are

domiciled, to bring actions for torts in U.S. courts, regardless of where the tort

occurred.

5. The Alien Tort Claims Act does not provide for immunity defense claims of state employees, *Filártiga v. Peña-Irala, 630 F.2d 876 (2nd Cir. 1980).*

6. Nothing more than a violation of the law of nations is required to invoke section 1350[1]

7. The Alien Tort Claims Act establishes a federal forum where courts may fashion domestic common law remedies to give effect to violations of customary international law by government officials or state actors, see, *e.g.,*

*Kadic, 70 F.3d at 236; Filártiga v. Peña-Irala, 630 F.2d 876 (2d Cir. 1980); Xuncax, 886 F.Supp. at 179-83,* which applies in this case.

---

836, 92 Led. 1161 (1948) and under article 5 cited above the conduct of a mediator and evaluator who was exercising elements of governmental authority shall be considered an act of the State.

4

8. If an alien Plaintiff can establish that the abuses allegedly inflicted upon his/her

constitute violations of international law, § 1350 grants

'3. , e.g., Marcos Estate II, 25 F.3d at 1475 (9th Cir.1994) (§ 1350 "creates a cause of action for violations of specific, universal and obligatory human rights standards,"); Amerada Hess Shipping Corp. v. Argentine Republic, 830 F.2d 421, 424-25 (2d Cir.1987), rev'd on other grounds, 488 U.S. 428, 109 S.Ct. 683, 102 L.Ed.2d 818 (1989) Filartiga v. Pena-Irala, 630 F.2d 876, 887 (2d Cir.1980); Paul v. Avril, 812 F.Supp. 207, 212 (S.D.Fla.1993); Forti v. SuarezMason, 672 F.Supp. 1531, 1539 (N.D.Cal.1987), on reconsideration on other grounds, 694 F.Supp. 707 (N.D.Cal.1988). The Ninth Circuit has concluded that § 1350 plaintiffs may look to municipal law as a source of substantive law. See Marcos Estate I, 978 F.2d at 503 (9th Cir.1992), cert. denied, 508 U.S. 972, 113 S.Ct. 2960, 125 L.Ed.2d 661 (1993).

both a federal private cause of action as well as a federal forum in which to assert

the claim[1].

9. Plaintiff has jurisdiction to sue the State of Connecticut and their appointees and

agents, including STEVEN DEMBO, RHONDA MORRA, JUDGE LESLIE

OLEAR, JUDGE JOHN CARBONNEAU, WEST HARTFORD POLICE.

## FACTS COMMON TO ALL COUNTS

**10.** Plaintiff  Dr. Marina Golli is an individual and at all times mentioned in this

complaint maintained an address at 200 Mountain Road, West Hartford, CT,

06107.

[1] The federal court has already recognized that federal government officials are not immune to tort claims and that the state waives its immunity if they don't adhere to legislative rules and procedures designed to protect the public, Hollingshead v. United States, 85-2 USTC 9772 (5th Cir. 1985). The same analogy applies to state employees under the alien tort act which specifically allows a cause of actions against state employees, who do not follow the mandatory legislative procedures and violate constitutional safeguards.

**11.** Dr. Marina Golli is a citizen of the Russian Federation, who represented Russia in the Olympics of 1980.

**12.** Dr. Marina Golli was a medical doctor who practiced obstetrics and gynecology in Russia and Cuba prior to immigrating to the United States. She has delivered thousands of babies and received accolades for her work as an attendant.

**13.** Dr. Marina Golli was a stay at home mother in America until 2008.

**14.** Plaintiff 's Marina Golli minor children are an Russian citizens pursuant to *Section 7(1) of the Irish Nationality and Citizenship Acts 1956 to 2004* who is entitled to the love, society, care and guidance of their mother Marina Golli under Irish, European and International law.

**15.** Defendant Steven Dembo is a citizen of the USA who maintained an address at 664 Farmington Ave., Hartford, CT 06105.

**16.** Defendant Steven Dembo is licensed as an attorney by the State of Connecticut[1].

**17.** Defendant Rhonda Morra is a citizen of the USA who maintained an address at 55 Airport Road, Hartford, CT.

---

[1] Defendant Steven Dembo represented Tiffany Stevens in Family Court who, during his representation, was brought up on Felony attempted murder for hire charges and managed to retain custody of her children in spite of the father desiring custody. Defendant Steven Dembo represented Kenneth Savino in Family Court, who was up on Felony Risk of Injury to the minor child in issue (probable cause) during his representation and whose client also has sole custody of the child despite his fit mother desiring custody.

18. Defendant Rhonda Morra was appointed by Judge Olear of the State of Connecticut to act in a quasi judicial capacity.

19. The West Hartford Police are located in Blue Back Square at 103 Raymond Road in West Hartford.

20. Judge Leslie Olear and Judge Carbonneau are Family Court Judges who work at 90 Washington Street, Hartford, CT and are known to conspire against self represented parties.

21. Defendant Seth C. Baker is citizen of the USA who maintained an address at 27 Valley Crest Drive, West Hartford, CT 06110.

22. Defendant Janet G. Baker is citizen of the USA who maintained an address at 77 Maple Ave, Bloomfield, CT 06002

23. Defendants abused the legislative process by tortuously interfering in Plaintiff's employment, employability and parental rights in response to her attempts to leave Baker over his coercive control and mental illness.

24. Despite Russia having a ban on Russian children to be adapted to Americans, Steven Dembo, Rhonda Morra, Judge Leslie Olear, Judge Carbonneau, Mr. & Mrs. Seth Baker and the West Hartford Police conspired to take away two minor Russian children from their mother contrary to international law. In fact, Judge Bozzuto oif the Hartford family Court was unaware of this international law.

**ALIEN TORT CLAIM ACT**

25. 28 USC 1350 creates a cause of action for violations of specific, universal and obligatory human rights law. To remove the fundamental rights to parent a child on an ex parte motion without due process of law is a violation of the Universal Declaration of Human Rights.

26. The "Dima Yakovlev" law banning US adoptions went into effect last January. The law was implemented based on the facts and the knowledge that "the United States humiliated [Russian] children" and "Russian children would be unsafe in the United States".

27. The minor children, Anna and Andrei are also Russian citizens and have been forcibly removed from a Russian citizen mother and given to an American father's wife to rear in the place and stead of their biological mother. This is contrary to international law and the "Dima Yakovlev" law.

## OTHER FEDERAL QUESTIONS

28. A conspiracy to deprive of constitutional rights under *Title 18, U.S.C., Section 241 Conspiracy Against Rights* makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state,

8

territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States.

## BACKGROUND

**29.** The defendants Bakers and Dembo abused the legal process by filing dozens of pleadings to cause Dr. Golli to lose four jobs for attendance purposes.

**30.** Dr. Golli' performance reviews were stellar, but Mr. Dembo insisted on serving her with subpoena after subpoena to appear in court so she could not get to work.

**31.** Mr. Dembo had his friends from the West Hartford Police department called Dr. Golli's house in the middle of the night claiming that they received an "anonymous" call of a reckless driver at that address.

After trying to access this "anonymous" call through the "Freedom of information Act" , it was not available.

**32.** On Saturday, September 14th, 2013 Dr. Golli was asleep and had taken prescribed to her medicine Lorazepam, which is known for controlling anxiety, seizures and as a sleeping aid.  It is also known to cause loss of coordination and memory see FDA warnings).

**33.** Dr. Golli was awakened by the police barging into her home in the middle of the night. Well known that severe stress can trigger panic attacks, seizures etc. Dr. Golli comes from a Russian family that suffered losses during the Soviet government when the KGB  (Russian Police) entered the family house and arrested one of the family members, who was a diplomat at the time.  He was shot to death in one of the Stalin's concentration camps in Siberia about 5 years later.  The family is still unaware of the burial location.

**34.** After asking the Officers to step outside, suddenly Dr. Golli was handcuffed and restrained and taken to a psych ward. She was evaluated there by two physicians and released within hours with the diagnosis of Panic attack. Psychiatric testing revealed that she does not suffer mental incapacity.

**35.** Dr. Golli took pictures of the multiple bruises all over her body including her right breast and complained of the bruises caused by the police to the State Attorney's office.  She was sent back to the West Hartford Police Department to the "Internal Investigator" Jeremy Clark.  She was reassured that he was working "totally independently' from other officers.

**36.** After her visit to the West Hartford police for taking photos of her bruised body, she did not receive any follow up from Jeremy Clark.  So she started calling him, and finally he called her back to inform her that a warrant for Dr. Golli's arrest was issued, more than a week after intruding her home.

**37.** The Plaintiff explained to Officer Clark that she was working in another state and would come to turn herself in once she gets enough money for the bond. The Plaintiff had full schedule of patients and was not running anywhere, since Officer Clark was able to call her. He agreed, and the Plaintiff turned herself in and as it was noted on the Police report, with great cooperation. The later police reports about fake Silver Alert and the Plaintiff running on foot from the police are bogus. Officer Camilleri already perjured himself during his 11/01/2011 testimony and now in his new report he was "able to recognize the Plaintiff through the dark curtains". Even the police K-9 dog Axel was unable to take a track.

**38.** Steven Dembo, Rhonda Morra and Bakers have consistently misrepresented the truth to the court to cause Dr. Golli to lose all unsupervised access to her children. **The defendants Dembo and Baker filed and emergency motion on 10/04/2013 while the police incident occurred on 9/14/2013, the Plaintiff after the incident was examined by two psychiatrists and released home. Strangely 3 (three) weeks later it becomes an emergency for the Defendants even though the children spent significant amount of time with the Plaintiff during those three weeks and were safe, loved and well taken care off.**

## FACTS COMMON TO ALL COUNTS

**39.** The courts deleted a 13 and 9 year old children's relationship with their primary attachment figure in their lives – herein the Mother - in the absence of abuse, neglect or unfitness.  This happened twice in the last two years already.

**40**.  The protracted and aggressive litigation drove the Plaintiff out of a jobs and her income is $213 per week from unemployment.

**41.**   Defendants offered false testimonies to the Court which were pre-planned by them together. Specifically on 11/01/2011 Atty. Dembo testified to the Judge that he will wait with his motions until "we have the GAL on the stand dealing with the psychological evaluation and the custody evaluation; those will be tied into her testimony".  Based on what?  She did not see the Plaintiff for two years.  Morra is not an expert to offer her opinion about psychological conditions of anyone.  Note worthy is that Dembo already knew her testimony.

**42.**   The defendants subpoenaed to Court their witnesses to testify against the Plaintiff and had them commit perjury under Atty. Dembo's whispers of a threat of a police brutality lawsuit by Plaintiff.

**43.**   Seth Bakers offered multiple false statements (perjuries) while on the stand under oath without clear and convincing evidence and the Judges based their judgments upon those.   No proof or evidence was provided.

**44.**   Defendants provided to the Bakers the Psychological evaluation performed by Dr. B. Freedman on the Plaintiff, which was only intended for the GAL and the Court according to Dr. Freedman himself and Title 11 of ADA. It was also done against HIPAA agreement between the Plaintiff and Dr. Freedman.  The Plaintiff did not provide and authorization to Rhonda Morra to share the report with other Defendants.  Moreover, the report did NOT diagnose mental illness or injury or restrictions on parenting for Plaintiff herein.

**45.**   The Judges and S. Dembo allowed Baker to file frivolous endless motions although the Divorce Decree states that before filing any Motions Baker has to try to resolve his issues with the Plaintiff through Family Mediator which he did not attempt to do even once.

**46.**   The Defendant Seth Baker and his parents sponsored the Plaintiff into the country as well as co-sponsored at 50% (fifty) the Plaintiff's parents by filing INS form that states clearly that "Divorce does not terminate the obligation of the sponsor".  Defendants are exerting money and time from the Plaintiff  thus making it impossible for the Plaintiff to sustain a good job and support herself and her mother as promised to the Government of the United States.  The Defendant Bakers instead of keeping his promise to the Government on being a sponsor threatened the Plaintiff's 75 year old mother to have her deported on one more of his false allegations.

47. Defendants have willfully and contumaciously conspired to break the law.

## COUNT I.

## DEFENDANTS ABUSED PROCESS, MALICIOUSLY PROSECUTED AND
## VEXATIOUSLY LITIGATED TO
## INFLICT EMOTIONAL AND FINANCIAL SUFFERING

48. Plaintiff re-alleges and incorporates herein by reference the allegations of the preceding paragraphs as set forth in full and further allege as follows:

49. That at all relevant times Dembo, Bakers and Morra advocated and endorsed the use of emotional and psychological abuse and ridiculed, harassed, humiliated, threatened, attacked and/or attempted to emotionally devastate Plaintiff. Defendant's litigation abuse of Plaintiff was intentional and deliberate and designed to further their preconceived argument of emotional instability.

50. That at all relevant times Defendants and their associates filed or caused to be filed dozens of pleadings in this custody action against Plaintiff with a multitude of unfounded allegations to force her to breach relationships and commitments, transfer work and render her position. Most of these were resolved in Plaintiffs favor as they were not even argued.

**51**. That at all relevant times Defendants used the fruits of their intentional infliction of emotional suffering to claim that Plaintiff is "erratic, unstable and unpredictable", to interfere with her ability to earn a livelihood and parent her children.

**52**. That the psychological evaluation  of Plaintiff did not diagnose any personality disorder, mental illness or parenting concern in Plaintiff. Never the less, the Defendants intentionally abused again and again in multiple pleadings Dr. Freedman's well known typos to achieve the distress required to populate their argument.  At the same time Seth Baker and Steven Dembo do not deny any of the Plaintiff's statements about suicidal attempts and ideation that Seth Baker and Steven Dembo denied in Court.  Furthermore, they do not deny Seth Baker's addiction to pain killers that he started taking shortly after his was diagnosed with genetically inherited from his mother Janet Baker Ehlers-Danlos Syndrome, that Janet Baker passed knew about but decided not to mention to the Plaintiff or her own son before marriage or any time thereafter.  On Page 4 of Bruce Freedman's report the Plaintiff is talking about how the Defendant Seth Baker "threatened to take a bunch of pills to put himself out of his misery, but she stopped him. Another time he offered to drive off a bridge so that she could get his life insurance".  On page 5 of the same report the Plaintiff tells Dr. Freedman that "Seth started taking another pain medication, which caused them a lot of

relationship problems.  Seth became emotionally distant, ..he had trouble handling the business. Seth became a different person on this medication.  Her parents barely recognized him.  When he came home from work to find her parents with the children, he would say a quick hello to them all and go upstairs to his room." On page 6 of Dr. Freedman's report states: "At that point, she had been providing close to 100% of parenting of the children, with her parents providing childcare when she was at work.  Seth had been uninvolved with the children for at least a couple of years.  For example, she once came home from work, and then drove her parents home, leaving the children at home with their father.  She did the grocery shopping before she returned.  When she got home at 9:30 pm, she found 3-year-old Andrei naked on the kitchen floor, with Anya in the shower and Andrei waiting his turn.  Andrei told her that dad was in his room sleeping.  She realized that when her parents were not there, she had to be home to watch the children".

Seth Baker does not deny any of this.  He also does not deny the fact "that he was renting one-bedroom apartment, with 8 year old daughter Anya sleeping in his bed with him, and 4 year old boy Andrei sleeping on the floor" – page 7 of Dr. Freedman's report.  Right at that time Anya tried to undo her grandfather's pants when he was taking a nap on the coach saying something along the lines "like papa's", this was reported to the GAL by the Plaintiff. On page 8 in the report states that "she and Seth had tried some marriage

16

counseling with Dr. Horn" in 2007.  Seth Baker told Dr. Horn during counseling that he always had "self-mutilating thoughts" and that he had them during this time as well. The Plaintiff indicated this to the GAL Morra but apparently it did not worry her, since she never spoke with Dr. Horn.

Defendants Baker and Dembo do not deny any of the above which means they agree.  They are unethical to the point that don't mind refusing medical treatment to the children.  The younger child Andrei apparently inherited the genetic disease from the Defendant Father but Baker refused to diagnose him.  The main concern for the disease is easy rupturing blood vessels, avoiding physical injuries (no overstretching of joints – no monkey bars or contact sports).

Andrei sustained 21 injuries in the first 3 years of the elementary school but the school would not give him special attention because he does not have a diagnosis. Among injuries were "overstretched" back while doing a bridge exercise, nose bleeds and other trauma to the head and body from being hit by the ball and other objects.

Another frequent complaint is abdominal aches and fatigue.  The school nurse did not know that. The defendant Seth Baker takes naps during the day in his office, he has a handicapped sticker on his car as he cannot walk far.  So he accommodates himself but refuses to care for his children.

Another example of the Defendant's Baker ignorance to his own children is to follow up with the Genetics doctor's recommendation to check mitral valve with Ultrasound. Anya had it done when she was 6, the cardiologist recommendation was to bring her back every 3 years as the heart grows and repeat ultrasound.

Andrei cannot have it done without the diagnosis.

The defendant Baker seems to be incapable of thinking about how to take care of the children.

The defendant Baker was diagnosed with the oppositional-defiance disorder (as an example of it would be how the Baker proudly told the Plaintiff and her parents how when he was hospitalized in the Institute of Living and placed on suicide watch after one of his suicidal attempts, he got razor blades from underneath soles in his shoes and showed them to personnel). Being proud of it so many years later strikes.

Instead of going to Jamaica or any 3rd world country and save lives, the Bakers spending thousands and hundreds of thousands of dollars on litigation with the Plaintiff mother of these two beautiful talented children that the mother raised.

Mr. Baker advertizes on Linkedin and to Dr. Freedman on how he "attended Harvard with very good grades." The Plaintiff happened to have his grades from Harvard that was not really Harvard but the Extension school. The Extension

school warns all its students to not put Harvard in the resumes, but the Harvard Extension School, and his GPO was far from 4.0 as he told Dr. Freedman.

While the Defendant Baker acknowledges to Dr. Freedman that "when he was 15 he had taken an overdose of Tylenol and spent 4-6 weeks in IOL" 2 months prior he was on the stand in Court under oath telling the judges that it was a "youth journal".

In all the years (over 8 eight) that Plaintiff Mother was taking the children to their original pediatrician Dr. Nima Patel. According to Dr's Patel letter, all the appointments were in a timely manner and appropriate. The Defendant Father Seth Baker did not attend a single appointment during those years.

On page 23 of Dr. Freedman report the Defendant Baker states that he only filed 2 Motions, again accusing the Plaintiff of lying.

In fact by 12/07/2011 when Baker was interviewed by Dr. Freedman the Defendants Baker and Dembo 9 (nine) motions in 2 months period while Defendant Dembo was not in the capacity of a counsel as he did not file his appearance until 11/17/2011 although his motions were filed 10/31/2011. Apparently small details like this disappeared from the Practice Book for some.


**53**. That Plaintiff did suffer emotional stress and loss of employability as a result of Defendant's heinous conduct beyond the standards of civilized decency and

abuse of process. She was forced to transfer her patients to other medical facilities to appear in Court for defendants before they would strike off their motions. When once the Plaintiff asked for continuance as there was a second Court day scheduled during the same week it was denied although the Plaintiff explained in her request that she would lose her job per the company Policies. It was denied anyway, the Plaintiff was asked to leave the Company and after that the Defendants asked and the Judge ordered for her to pay 100% of the GALs fees.

**54.** That Plaintiff sustained the loss of certain legal custodial rights to her children as a result of defendant's intentional and deliberate infliction of emotional suffering to populate their preconceived claims. No amount of money would ever compensate for losing parental access to her children.

## COUNT II.

## CONSPIRACY TO DEPRIVE PLAINTIFF OF CONSTITUTIONAL RIGHTS

**A: Interference in Right to Earn a Livelihood:**

**55**.  That at all relevant times Dembo and Bakers intentionally interfered with Plaintiff's employment in The State of Connecticut and The State of Massachusetts as a custody strategy.

**56**.  Defendants knew the existence of a contractual relationship or beneficial business relationship, intended to induce a party to breach the relationship and there was no privilege on the part of defendants to induce such a breach.

**57**.  That at all times Defendants republished derogatory, defamatory and libelous statements about Plaintiff to abuse, harass and interfere with Plaintiff's employment, employability and emotional well-being and to induce      a      party      to      breach      employment      relationships.


**58**.  That Defendants Dembo, Bakers, Morra and their associates filed or caused to be filed dozens of pleadings in this custody action against Plaintiff with a multitude of allegations to cause her to have to breach her work commitments and transfer patients to other medical facilities for medical procedures involving ultrasound guidance.  This gravely affected her employability.  Eighty (80%) of the above motions were stricken off prior to a hearing, so resolved in Plaintiff's favor.

**59**. That at all times Defendants Dembo and Morra increased already high conflict level for the benefit of their professional fees, job security and/or revenue stream.

**60.** That at all relevant times Defendants Dembo and Morra were unjustly enriched by receiving professional fees on account of their improper conduct and their attempts to take the children from their mother for profit.

**61.** Defendants' intentional infliction of emotional suffering and continuous tortuous interference in Plaintiff's professional responsibilities has caused damage to her livelihood.

## B. Interference in Right to Parent a Child:

**62.** The fundamental liberty interest of Plaintiff is the care, custody, and management of her children is protected by the Fourteenth Amendment.

**63**. The Fourteenth Amendment's Due Process Clause has a substantive component that provides heightened protection against government interference with certain fundamental rights and liberty interests, including parents' fundamental right to make decisions concerning the care and

custody. Plaintiff and the minor children are also protected under Russian and International law as they are citizens of the Russian Federation.

**64**. That the interference in Plaintiff's constitutional rights was willful, contumacious and caused severe damages to Plaintiff.

## C. Interference in Federal Privileges:

**65**. Defendants have willfully and contumaciously attempted to interfere in Plaintiffs citizenship status, including allegations over many years by the Bakers that Plaintiff has a mental disorder rendering her a danger to the children, which have not been substantiated; staged claims to have Plaintiff arrested for crimes of moral turpitude, repeated interference in her career so that Plaintiff and her parents became dependent on the U.S. government for financial assistance and public false allegations that Plaintiff and her parents have entered the United States by misrepresentation, false unsubstantiated allegations that the Plaintiff' parents had ties to the Communist Party and constant threats to deport them using the "Government Lawyers".

## D. Interference in Right to Equality:

**66**. Defendants have twisted the laws designed to protect women to create or perpetuate the legal, social and economic inferiority of women.

23

**67**. *To whit,* The Plaintiff was a stay at home mother to their minor children and she was the primary if not only parent until the Legal Separation was filed by Seth Baker. She had little funds on account of being a stay at home mother, which defendants used against her by voluminous frivolous litigation rendering her unable to afford full representation in the underlying action. Specifically, they filed dozens unsubstantiated pleadings and moved for psychological evaluation despite no diagnosis of mental illness.

**68**. While perpetuating the disadvantage Plaintiff sustained on account of being a stay at home mother with the father having total control of family owned accounts, they simultaneously claiming that "equality" meant that the children should be automatically taken from the mother 50% of the time to give to the father (who communicated to the Plaintiff Mother in the beginning of separation that he "was not going to challenge her to have the children" (but now wants to save himself money in child support).

**69**. It is respectfully submitted that Sex classifications may be used to compensate women "for particular economic disabilities [they have] suffered," but such classifications may not be used to create or perpetuate the legal, social, and economic inferiority of women.

**70**. Plaintiff sustained damages of losing her children on account of her inability, from a financial standpoint, to stand up to defendants. And it was

not her capability to make good income (as was shown by the Defendant Dembo himself in 11/13/13 hearing), but her being drawn to Court again and again and again. The Plaintiff has no family here in the USA and also has to support her 75 year old mother, whose support as it was said earlier is 50% (fifty) Baker's responsibility. At the same time the Defendant Baker can allow himself to borrow $40,000.00 from his family here and there. And in spite of a testimony about his Financial Affidavit on 11/06/2013 when the Defendant Baker under oath admitted there was a second income in his house that he omitted in his Financial Affidavit, he comes back a week later on 11/13/2013 with the Defendant Dembo and presents that exact same affidavit to the Court successfully.

At the end one hopes that there might be justice and it's not all about MONEY.

## NO OTHER ACTION PENDING

**71**. There is no current action pending for the relief demanded in this complaint.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for all damages to which she is entitled in such categories and in such amount as will be furnished to Defendants in accordance with applicable Connecticut law and/or the Federal Rule of Civil Procedure, or by amendment, or proof at trial. In addition, Plaintiff is entitled to substantial punitive or exemplary damages because of the character of Defendants wrongful acts and/or omissions. Plaintiff leaves the precise damages as are just and proper to Plaintiff's trial jury as that Jury judges all facts and evidence presented.

Dated: February 24, 2014

Yours,

*Marina Golli*

26

# Form 1040

Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2013

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

See separate instructions.

| For the year Jan. 1–Dec. 31, 2013, or other tax year beginning | , 2013, ending | , 20 | |

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MARINA | GOLLI | ~~xxx-xx-~~1310 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
200 MOUNTAIN ROAD

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WEST HARTFORD CT 06107

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |

## Filing Status

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .

b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . .

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| OLGA   GOLLI | ~~xxx-xx-xxxx~~ | Parent | ☐ |
| ~~xxx~~   ~~xxxx~~ | ~~xxx-xx-xxxx~~ | Daughter | ☒ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
| No. of children on 6c who: • lived with you | 1 |
| • did not live with you due to divorce or separation | |
| Dependents on 6c not entered above | 1 |
| Add numbers on lines above ▶ | 3 |

## Income

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

**If you did not get a W-2, see instructions.**

| | | | |
|---|---|---|---:|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | 23,130. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . | 10 | 837. |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . | 12 | 430. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . | 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . | 19 | 17,046. |
| 20a | Social security benefits | 20a | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 41,443. |

## Adjusted Gross Income

| | | | | |
|---|---|---|---|---:|
| 23 | Educator expenses . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . ▶ | 37 | 41,443. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**

REV 01/27/14 Intuit.cg.cfp.sp

Form **1040** (2013)

Form 1040 (2013)

· Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 41,443. |
| | 39a | Check { You were born before January 2, 1949, ☐ Blind. } Total boxes if: { ☐ Spouse was born before January 2, 1949, ☐ Blind. } checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 14,206. |
| | 41 | Subtract line 40 from line 38 | 41 | 27,237. |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 11,700. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 15,537. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ _____ | 44 | 1,691. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,100 | 46 | Add lines 44 and 45 ▶ | 46 | 1,691. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | | |
| Married filing jointly or Qualifying widow(er), $12,200 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 19 . . . . . | 49 | | |
| Head of household, $8,950 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required. . . | 51 | 1,000. | |
| | 52 | Residential energy credits. Attach Form 5695 . . . | 52 | 74. | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** . . . | 54 | 1,074. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 617. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 58 | |
| | 59a | Household employment taxes from Schedule H . . . . | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . . . | 59b | |
| | 60 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** . . . ▶ | 61 | 617. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . | 62 | 6,048. | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . . . . . . | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . . | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 . . . . | 66 | | |
| | 67 | Reserved . . . . . . . . . . . . . . | 67 | | |
| | 68 | Amount paid with request for extension to file . . . . | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . | 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ■ Reserved **c** ☐ 8885 **d** ☐ | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** . . . . . ▶ | 72 | 6,048. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 5,431. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . ▶☐ | 74a | 5,431. |
| Direct deposit? ▶ See Instructions. | b | Rou | | | ▶ **c** Type: ☒ Checking ☐ Savings |
| | d | Account number | | | |
| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) . . . . . . | 77 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ No |
|---|---|

| Designee's name ▶ | | Phone no. ▶ | | Personal identification number (PIN) ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date 3/7/14 | Your occupation ULTRASONOGRAPHER | Daytime phone number (860) 549-6757 |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|---|
| | Firm's name ▶ Self-Prepared | | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | | Phone no. | |

REV 01/27/14 Intuit.cg.cfp.sp

Form **1040** (2013)